JOSEPH P. MCMONIGLE  State Bar #66811
GLEN R. OLSON  State Bar #111914
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
jmcmonigle@longlevit.com; golson@longlevit.com

Attorneys for Plaintiff
WESTERN RESERVE LIFE ASSURANCE
COMPANY OF OHIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NYOOKE FOONG YAP LAW, KHUAN THAI WONG, LISA LEE and DOES 1-20,<br><br>　　　　　Defendants. | CASE NO. C08 4611 – JL<br><br>[PROPOSED] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE DATE**<br><br><br>Action Filed:   October 3, 2008 |

//

LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222

1

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT

1      Pursuant to Western Reserve Life Assurance Co. of Ohio's Ex Parte Application, the
2  Case Management Conference scheduled for Wednesday, March 25, 2009, at 10:30 a.m., has
3  been continued to June 10, 2009, at 10:30 a.m.

    So ORDERED this __24th__ day of __March__, 2009.

    _____
    United States District Court Judge

DOCS\S5209-013\561808.V1
DRAFT 03/23/09 2:30 PM

LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222