JOSEPH P. MCMONIGLE  State Bar #66811
GLEN R. OLSON  State Bar #111914
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
jmcmonigle@longlevit.com; golson@longlevit.com

Attorneys for Plaintiff
WESTERN RESERVE LIFE ASSURANCE
COMPANY OF OHIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO,<br><br>         Plaintiff,<br><br>vs.<br><br>NYOOKE FOONG YAP LAW, KHUAN THAI WONG, LISA LEE and DOES 1-20,<br><br>         Defendants. | CASE NO. C08 4611 – JL<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE AND DISTRIBUTING LIFE INSURANCE PROCEEDS**<br><br>CMC:          AUGUST 12, 2009<br>TIME:         10:30 a.m.<br>COURTROOM:    F<br><br>Chief Magistrate Judge James Larson<br><br>Action Filed:  October 3, 2008 |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the parties, plaintiff WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO ("WRL"), and defendants NYOOKE FOONG YAP LAW ("LAW"), KHUAN THAI WONG ("WONG"), and LISA LEE ("LEE") that the proceeds of WRL Life Insurance Policy No. 15B0403300 issued to decedent ELVIN Y. TEN (hereinafter "the Policy") may be distributed as set forth below:

1

LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222

EXH. "A" – DRAFT STIPULATION AND PROPOSED ORDER DISMISSING CASE AND DISTRIBUTING LIFE INSURANCE PROCEEDS

WHEREAS, WRL, LAW, WONG and LEE acknowledge that the proceeds of the Policy are $275,598.67 and that WRL deposited said Policy proceeds with the Clerk of the United States District Court for the Northern District of California on October 3, 2008;

WHEREAS, LAW, WONG and LEE have agreed that WONG and LAW will receive 25% of the remaining Policy proceeds and LEE will receive 75% of the remaining Policy proceeds, with 25% of the amount distributed to LEE to be held in a private trust for the benefit of her two minor children, Darrell Ten and Nathan Ten;

WHEREAS, WONG's and LAW's 25% share of the Policy proceeds deposited with the Court is $68,899.67 and LEE's 75% share of the Policy proceeds is $206,699.00;

WHEREAS, WONG and LAW on the one hand, and LEE on the other hand, have agreed to pay WRL's reasonable attorney's fees and costs associated with this Interpleader action;

WHEREAS, WRL, LAW, WONG and LEE acknowledge that WRL's reasonable attorney's fees and costs associated with this Interpleader action are $6,746.80 ($6,212.00 in attorney's fees and $534.80 in costs); and

WHEREAS, WRL, LAW, WONG and LEE have entered into a Settlement Agreement whereby they request that the Court distribute the proceeds of the WRL policy as set forth below,

IT IS HEREBY STIPULATED BY AND BETWEEN, WRL, LAW, WONG and LEE as follows:

1. The $275,598.67 in life insurance proceeds may be distributed as follows: (a) $203,325.59 to LEE as her 75% share of the proceeds of the WRL policy; (b) $32,763.14 to LAW as her 12.5% share of the proceeds of the WRL policy; (c) $32,646.03 to WONG as her 12.5% share of the proceeds of the WRL policy, including withholding of $117.10 in U.S. Federal taxes on the settlement interest earned by WONG, a non-U.S. citizen, on the interpled WRL policy proceeds; and (d) $6,863.91 to WRL representing $6,746.80 for reasonable

LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222

2

EXH. "A" – DRAFT STIPULATION AND PROPOSED ORDER DISMISSING CASE AND DISTRIBUTING LIFE

attorney's fees and costs associated with this Interpleader action and the $117.10 in U.S. Federal tax withheld on the payment of funds to WONG, a non-US citizen;

2. Checks may be distributed by the Clerk of the United States District Court for the Northern District of California to WRL, LAW, WONG and LEE in the amounts set forth in Paragraph 1; and

3. Upon distribution of checks in the amounts set forth in Paragraph 2, the Parties consent to the Court's dismissal of this Interpleader action filed by WRL.

Dated: June 22, 2009            LAW OFFICES OF JEFFREY TSU

                                By _____
                                   Attorney for Claimant LISA LEE


Dated: June 3, 2009             LAW OFFICES OF C. JONATHAN CHEN

                                By _____
                                   Attorney for Claimants
                                   NYOOKE FOONG YAP LAW and
                                   KHUAN THAI WONG


DATED: June 22, 2009            LONG & LEVIT LLP

                                By _____
                                   Glen R. Olson
                                   Attorneys for Plaintiff WESTERN RESERVE
                                   LIFE ASSURANCE COMPANY OF OHIO

LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222

3

EXH "A" – DRAFT STIPULATION AND PROPOSED ORDER DISMISSING CASE AND DISTRIBUTING LIFE

## [PROPOSED] ORDER

GOOD CAUSE APPEARING FROM THE ABOVE STIPULATION,

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The $275,598.67 in WRL life insurance proceeds deposited with the Court registry on October 3, 2008 is to be distributed as follows: (a) $203,325.59 to LEE as her 75% share of the proceeds of the WRL policy; (b) $32,763.14 to LAW as her 12.5% share of the proceeds of the WRL policy; (c) $32,646.03 to WONG as her 12.5% share of the proceeds of the WRL policy, including withholding of $117.10 in U.S. Federal taxes on the settlement interest earned by WONG, a non-U.S. citizen, on the interpled WRL policy proceeds; and (d) $6,863.91 to WRL representing $6,746.80 for reasonable attorney's fees and costs associated with this Interpleader action and the $117.10 in U.S. Federal tax withheld on the payment of funds to WONG, a non-US citizen;

2.  Checks may be distributed by the Clerk of the United States District Court for the Northern District of California to WRL, LAW, WONG and LEE in the amounts set forth in Paragraph 1; and

3.  Upon distribution of checks in the amounts set forth in Paragraph 2, the Parties consent to the Court's dismissal of this Interpleader action filed by WRL.

DATED: June 29, 2009

LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222

4

EXH. "A" – DRAFT STIPULATION AND PROPOSED ORDER DISMISSING CASE AND DISTRIBUTING LIFE

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | |
| 3 | By _____ |
| 4 | Hon. James Larson<br>Chief Magistrate Judge |

LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222

5

EXH. "A" – DRAFT STIPULATION AND PROPOSED ORDER DISMISSING CASE AND DISTRIBUTING LIFE