JOSEPH P. MCMONIGLE  State Bar #66811
GLEN R. OLSON  State Bar #111914
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
jmcmonigle@longlevit.com; golson@longlevit.com

Attorneys for Plaintiff
WESTERN RESERVE LIFE ASSURANCE
COMPANY OF OHIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NYOOKE FOONG YAP LAW, KHUAN THAI WONG, LISA LEE and DOES 1-20,<br><br>　　　　Defendants. | CASE NO. C08 4611 – JL<br><br>[~~PROPOSED~~] AMENDED ORDER DISMISSING CASE AND DISTRIBUTING LIFE INSURANCE PROCEEDS<br><br>CMC:　　　　AUGUST 12, 2009<br>TIME:　　　　10:30 a.m.<br>COURTROOM:　F<br><br>Chief Magistrate Judge James Larson<br><br>Action Filed:  October 3, 2008 |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED AS FOLLOWS:

1.　　The $275,598.67 in WRL life insurance proceeds deposited with the Court registry on October 3, 2008 is to be distributed as follows:  (a) $203,325.59 to LEE as her 75% share of the proceeds of the WRL policy;  (b) $32,763.14 to LAW as her 12.5% share of the proceeds of the WRL policy;  (c) $32,646.03 to WONG as her 12.5% share of the proceeds of the WRL

1

LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222

[PROPOSED] AMENDED ORDER DISMISSING CASE AND DISTRIBUTING LIFE INSURANCE PROCEEDS

policy, including withholding of $117.10 in U.S. Federal taxes on the settlement interest earned by WONG, a non-U.S. citizen, on the interpled WRL policy proceeds; and (d) $6,863.91 to WRL representing $6,746.81 for reasonable attorney's fees and costs associated with this Interpleader action and the $117.10 in U.S. Federal tax withheld on the payment of funds to WONG, a non-US citizen;

2. Checks may be distributed by the Clerk of the United States District Court for the Northern District of California to WRL, LAW, WONG and LEE in the amounts set forth in Paragraph 1; and

3. Upon distribution of checks in the amounts set forth in Paragraph 2, the Parties consent to the Court's dismissal of this Interpleader action filed by WRL.

DATED: July 20, 2009

UNITED STATES DISTRICT COURT

By _____
Hon. James Larson
Chief Magistrate Judge

DOCS\S5209-013\566619.V1

LONG & LEVIT LLP
601 MONTGOMERY STREET
SUITE 900
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222

[PROPOSED] AMENDED ORDER DISMISSING CASE AND DISTRIBUTING LIFE INSURANCE PROCEEDS